# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERRY GOLDSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-954-R |
| | ) |
| MICHAEL B. DONLEY, Secretary, | ) |
| Department of the Air Force, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Motion to Dismiss, filed by Defendant, Michael Donley. The record reflects that Plaintiff has not responded to the motion to dismiss within the time limits prescribed by the Court's local rules, nor sought an extension of time in which to respond. Accordingly, the Court, in its discretion, hereby grants the motion to dismiss. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 2nd day of April, 2013.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE