# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERRY GOLDSBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-12-954-R ) |
| MICHAEL B. DONLEY, Secretary, Department of the Air Force, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

This action is hereby dismissed without prejudice.

ENTERED this 2nd day of April, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE